UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1699

MICHAEL EDWARD KENNEDY,

Plaintiff - Appellant,

v.

L. BRUCE WADE, Judge, District Court of Maryland for
Wicomico County; ROBERT M. BELL, Chief Judge, Court of
Appeals for the State of Maryland; SALLY D. ADKINS, Judge,
Court of Appeals for the State of Maryland; GLENN T HARRELL,
JR., Judge, Court of Appeals for the State of Maryland;
LYNNE ANN BATTAGLIA, Judge, Court of Appeals for the State
of Maryland; CLAYTON GREENE, JR., Judge, Court of Appeals
for the State of Maryland; JOSEPH F. MURPHY, JR., Judge,
Court of Appeals for the State of Maryland; MARY ELLEN
BARBERA, Judge, Court of Appeals for the State of Maryland,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:09-cv-01433-RDB)

Submitted:  October 15, 2009        Decided:  October 19, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Edward Kennedy, Appellant Pro Se.  Kendra Young Ausby,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Kennedy appeals the district court's order dismissing his motion seeking a temporary restraining order and preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kennedy v. Wade, No. 1:09-cv-01433-RDB (D. Md. June 8, 2009). We deny Kennedy's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED